848

No. 86–10. UNITED TRANSPORTATION UNION ET AL. *v.* MAINE CENTRAL RAILROAD CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 86–12. ESPOSITO ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 86–13. O'MALEY ET UX. *v.* COUNTY OF BACA ET AL. C. A. 10th Cir. Certiorari denied.

No. 86–15. DEVINE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–16. EASTERLING *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 86–17. CITY OF CORONA ET AL. *v.* SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF RIVERSIDE ET AL. Sup. Ct. Cal. Certiorari denied.

No. 86–18. STANG *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (UNITED STATES, REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 86–19. BIERMANN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–20. ACME REFRIGERATION OF BATON ROUGE, INC. *v.* WHIRLPOOL CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–26. UNITED KINGDOM MUTUAL STEAMSHIP ASSURANCE ASSN. (BERMUDA) LTD. *v.* STATE ESTABLISHMENT FOR AGRICULTURAL PRODUCT TRADING. C. A. 11th Cir. Certiorari denied.

No. 86–27. BENSON *v.* ALLPHIN ET AL.; and
No. 86–29. ALLPHIN ET AL. *v.* BENSON. C. A. 7th Cir. Certiorari denied. Reported below: 786 F. 2d 268.

No. 86–30. MANN ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–31. TATE *v.* OVERSEAS BULKTANK CORP. C. A. 5th Cir. Certiorari denied.